IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL CASE NO. 1:10cr66-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| RAYMOND DANGELO ALLEN. | ) | |

**THIS MATTER** is before the Court on Counsel's Motion for Interim Payment [Doc. 234].

For the reasons stated in the motion, counsel may submit a voucher for payment prior to the conclusion of the case. The Court, however, will not authorize an interim payment prior to the submission of the voucher.

**IT IS, THEREFORE, ORDERED** that Counsel's Motion for Interim Payment [Doc. 234] is **GRANTED IN PART** and **DENIED IN PART.**

**IT IS SO ORDERED.**

Signed: July 9, 2011

Martin Reidinger
United States District Judge